AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

_____ FILED        _____ RECEIVED
_____ ENTERED      _____ SERVED ON
             COUNSEL/PARTIES OF RECORD

MAY - 8 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## for the
### District of __NEVADA__

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 3:15-MJ-0045-VPC |
| ) | |
| BRETT ALAN MILLER ) | |
| *Defendant* ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Bruce R. Thompson Courthouse & Federal Building<br>400 S. Virginia Street<br>Reno, Nevada 89501<br>Honorable Valerie P. Cooke, U.S. Magistrate Judge | | |
|---|---|---|---|
| | | Courtroom No.: | 1 - 4th Floor |
| | | Date and Time: | **May 13, 2015 at 3:00 PM** |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:   May 8, 2015

_____
*Judge's signature*

Valerie P. Cooke, U.S. Magistrate Judge
_____
*Printed name and title*